IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOSEPH BALDONADO,**

    Plaintiff,

v.                                              No. 21-cv-0900 KG/SMV

**WHITTLEY BISTER, VALENCIA COUNTY SHERIFF,
and VALENCIA COUNTY SHERIFF'S DEPARTMENT,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* [Doc. 2], docketed on September 9, 2021. The Court cannot rule on the Motion because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). No later than **October 25, 2021**, Plaintiff shall submit an inmate account statement reflecting transactions between March 9, 2021, and September 9, 2021. If Plaintiff has not been detained for six months, he must submit a statement reflecting transactions between the date of his arrest or detention and September 9, 2021, when he filed the case. All filings must include the case number (No. 21-cv-0900 KG/SMV). The failure to timely comply with this Order will result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that no later than **October 25, 2021**, Plaintiff file a certified inmate account as set forth above.

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**